IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DAVID BRAGG, | : | CIVIL ACTION |
| | : | |
| | : | NO. 08-4361 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 1st day of July, 2009, upon consideration of the Motion to Dismiss of Defendants Court of Common Pleas of Philadelphia County and Senior Judge Leonard A. Ivanoski, pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 7), and Plaintiff William David Bragg's Response in the form of two Motion's to Proceed to Trial (Doc. Nos. 9 and 10), it is ORDERED that Defendants' Motion is GRANTED and Plaintiff's Complaint is DISMISSED WITH PREJUDICE in regard to these two Defendants only.

BY THE COURT:


s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.